*Tuesday, August 12, 1997*

## MOTION DOCKET

**97–1618.   Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–654–TP–CSS.   This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.   Upon consideration of the appellant's motion for stay of execution and enforcement of the opinion and order entered by the Public Utilities Commission of Ohio on July 17, 1997, and its entry on rehearing entered on July 31, 1997,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

*Thursday, August 14, 1997*

## MOTION DOCKET

**97–429.   State ex rel. McGinty v. Cleveland City School Dist.**
Cuyahoga App. No. 70398.   This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.   On July 31, 1997, appellee filed a request for oral argument which was due under S.Ct.Prac.R. IX(2)(B) no later than July 28, 1997.   Whereas S.Ct.Prac.R. XIV(1)(c) prohibits the untimely filing of a request for oral argument,

IT IS ORDERED by the court, *sua sponte*, that appellee's request for oral argument be, and hereby is, stricken.

**97–1331.   State ex rel. Schneider v. Kreiner.**
In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus. On July 22, 1997, respondent filed a memorandum opposing motion of relator for peremptory writ of mandamus or, in the alternative, an alternative writ of mandamus, which was due under S.Ct.Prac.R. XIV(4)(B) no later than July 10, 1997.   Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the untimely filing of documents,

IT IS ORDERED by the court, *sua sponte*, that respondent's memorandum opposing motion of relator for peremptory writ of mandamus or, in the alternative, an alternative writ of mandamus, be, and hereby is, stricken.